**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Randolph Brown,                ) | |
| Plaintiff,   ) | |
| v.                                  ) | CIV 05-2939 PHX SMM (VAM) |
| Joseph Arpaio,                      ) | O R D E R |
| Defendant.   ) | |

It appearing to the Court that defendant's Motion to Dismiss is now ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, Document No. 15. However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 7th day of November, 2006.

Stephen M. McNamee
United States District Judge